# UNITED STATES DISTRICT COURT
# FOR THE DISTICT OF NEW HAMPSHIRE

| | |
|---|---|
| JING KE, derivatively on behalf of Presstek, Inc., <br><br>            Plaintiff, <br><br>   vs. <br><br> JOHN H. DREYER, JEFFREY JACOBSON, DANIEL S. EBENSTEIN, LAWRENCE HOWARD, STEVEN N. RAPPAPORT, FRANK STEENBURGH, DONALD WAITE III, MICHAEL D. MOFFITT, BRIAN F. MULLANEY, EDWARD J. MARINO, MOOSA E. MOOSA, and JEFFREY A. COOK, <br><br>            Defendants, <br><br>   and <br><br> PRESSTEK, INC., <br><br>            Nominal Defendant. | Civil Action No. 08-cv-364-JL <br><br> **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT OF DERIVATIVE ACTION AND FOR APPROVAL OF AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES** <br><br> DATE:  January 21, 2010 <br> TIME:    11:00 a.m. |

PLEASE TAKE NOTICE that on January 21, 2010, at 11:00 a.m. before the Honorable Joseph N. Laplante in the United States District Court for the District of New Hampshire, Plaintiff will move the Court for an Order granting final approval of settlement of the derivative action and Plaintiff also moves for an order awarding attorneys' fees and reimbursement of litigation expenses.  Specifically, this Motion requests that the Court issue the following Order:

1. Granting Final Approval of the Settlement pursuant to Fed. R. Civ. P. 23.1;

2. Awarding Plaintiff's Counsel a total amount of $150,000.00 as and for attorneys' fees and reimbursement of litigation expenses; and

3. Directing the Clerk of Court, pursuant to Fed. R. Civ. P. 54(b), to enter final judgment dismissing this action with prejudice, on the merits, and without taxation of costs in favor of or against any party.

This Motion is based upon the following documents:

a. Declaration of Brian Long in Support of Proposed Settlement of Derivative Action and Award of Attorneys' Fees and Reimbursement of Litigation Expenses;

b. Plaintiff's Memorandum of Law in Support of Motion to Final Approval of Settlement of Derivative Action and Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and

c. The arguments of counsel.

Dated: January 15, 2010                              Respectfully submitted,

                                                      **BOUCHARD KLEINMAN & WRIGHT, P.A.**

                                                      By: *s/Kenneth G. Bouchard*
                                                           Kenneth G. Bouchard
                                                      Kenneth G. Bouchard - NH Bar #51

1 Merrill Drive, Suite 6
Hampton, NH 03842
Tel.: (603) 926-9333
Fax: (603) 929-1221

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160

*Counsel for Plaintiff*